IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONNIE TERRELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WARDEN OF PINCKNEYVILLE ) <br> CORRECTIONAL CENTER and ) <br> JOHN/JANE DOE NURSE #2, ) <br> ) <br> Defendants. ) | Case No. 3:18-cv-1146-NJR-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Stay/for More Definite Statement filed by Defendant Warden on September 25, 2018 (Doc. 18). The Motion is **GRANTED IN PART** to the extent that the Court directs Plaintiff to provide more information in order to identify the John/Jane Doe Nurse #2. To that end, the following procedure shall be used to identify the John/Jane Doe Nurse #2:

1. Plaintiff shall file with the Court identifying information for the John/Jane Doe Nurse #2 (i.e. badge number, rank, shift times, time and date of alleged incident/encounter, physical description, gender, etc.) by **October 22, 2018.**

2. Defendant Warden shall provide Plaintiff, and submit a notice to the Court, the name of the John/Jane Doe Nurse #2 by **November 5, 2018**. If the unknown party cannot be identified based on the information provided by Plaintiff, Defendant shall notify the Court of same by the deadline.

3. Plaintiff shall file a motion to amend the complaint along with a proposed amended complaint, naming the identified John Doe, by **November 26, 2018**.

Plaintiff is reminded that it is his obligation to both identify the unknown party and file an appropriate amended complaint, once that party has been identified, in order for service of process to be initiated. Failure to comply with is Order may result in dismissal of this action for failure to prosecute.

**IT IS SO ORDERED.**

**DATED: October 4, 2018**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**